**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01186-CR

**LAURA SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MB10-52665**

## ORDER

On February 4, 2014, we abated this appeal and remanded the case to the trial court for a hearing to determine the proper amount of restitution. On March 18, 2014, the reporter's record of the new restitution hearing was filed in this Court. Accordingly, we **REINSTATE** this appeal. We **ORDER** the trial court to transmit the new written restitution order to this Court within **FIFTEEN DAYS** of the date of this order.

The State's February 26, 2014 motion to extend abatement is **DISMISSED AS MOOT.**

/s/     ADA BROWN
          JUSTICE